## (June 12, 1972)

■ In the Matter of DIANE L. DUBIAC, Respondent, v. THOMAS F. DONAHUE et al., Constituting the Board of Elections of the County of Albany, Respondents, and HELEN E. YUNCK, Appellant.— Judgment, Supreme Court, Albany County, entered on May 31, 1972, affirmed, without costs. (See *Matter of Gilmore* v. *Kugler,* 21 A D 2d 293.) No opinion. Greenblott, J. P., Sweeney, Simons, Kane and Reynolds, JJ., concur.

■ In the Matter of DIANE L. DUBIAC, Respondent, v. THOMAS F. DONAHUE et al., Constituting the Board of Elections of the County of Albany, Respondents, and FRED FIELD, JR., Appellant.— Judgment, Supreme Court, Albany County, entered on June 2, 1972, affirmed, without costs. No opinion. Greenblott, J. P., Sweeney, Simons, Kane and Reynolds, JJ., concur.

■ In the Matter of DANIEL C. ASHLEY, Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Respondent, and ANN L. MONROE et al., Appellants, et al., Respondents.— Appeal from a judgment of the Supreme Court, entered June 7, 1972 in Rensselaer County, which granted a petition under section 330 of the Election Law to invalidate a petition designating appellant, Ann L. Monroe, as the Conservative Party's candidate for the office of State Senator, 41st Senate District. We concur with the trial court's finding that one of the pages of the petition was not authenticated in substantial compliance with the provisions of subdivision 3 of section 135 of the Election Law in that the subscribing witness thereto misstated the address from which she had registered for the general election in the year 1971, with the result that the designating petition is insufficient (*Matter of Loreto* v. *Cohen,* 268 N. Y. 624; cf. *Matter of Knauf* v. *Conlon,* 37 A D 2d 784, mot. for lv. to app. den. 29 N Y 2d 486; *Matter of Periconi* v. *Marotta,* 34 A D 2d 1035; *Matter of Horan* v. *Frangella,* 32 A D 2d 850). Judgment affirmed, without costs. Greenblott, J. P., Sweeney, Simons, Kane and Reynolds, JJ., concur.

## (June 13, 1972)

■ In the Matter of CHARLES J. DONOVAN, JR., Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Respondent, and ROBERT V. KENNEDY, Appellant, et al., Respondents.— Judgment, Supreme Court, Albany County, entered on June 13, 1972, affirmed, without costs. No opinion. Herlihy, P. J., Greenblott, Simons, Kane and Reynolds, JJ., concur.